# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRITTANY WILLIAMS, KRISTINA WILLIAMS, ANGELINA WILLIAMS, AMIR JOHNSON, JAHZARA WILLIMAS, ASHANTI WILLIAMS, DAMON WILLIAMS, ROBERT HILL, ANGELIA WHITFIELD, ANTOINE WILLIAMS, JOHN DOE and JOHN DOE,

    Plaintiffs,

v.                           Case No: 8:20-cv-3096-CEH-AAS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on March 8, 2021 (Doc. 9). In the Report and Recommendation, Magistrate Judge Sansone recommends:

1. The Commissioner's Motion to Dismiss (Doc. 5) be granted.

    a. All of the Plaintiffs' claims besides Ms. Williams's appeal of the Commissioner's denial of her DIB application be dismissed.

    b. Ms. Williams be given leave to amend the complaint to appeal the Commissioner's denial of her DIB application.

2. The Commissioner's Motion to Quash (Doc. 5) be granted and Ms. Williams be allowed to cure the deficient service of process.

The parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Commissioner's Motion to Dismiss (Doc. 5) is GRANTED.

(3) All of the Plaintiffs' claims besides Ms. Williams's appeal of the Commissioner's denial of her DIB application are DISMISSED.

(4) Ms. Williams is granted leave to amend the complaint to appeal the Commissioner's denial of her DIB application within **twenty-one (21)** days from the date of this Order. Failure to file an amended complaint within the time provided will result in dismissal of this action without further notice.

(5) The Commissioner's Motion to Quash (Doc. 5) is GRANTED. Ms. Williams shall effect service of process within **thirty (30)** days of filing her amended complaint. Further, Ms. Williams shall comply with the

Federal Rules of Civil Procedure when serving her amended complaint on the Commissioner.

**DONE AND ORDERED** at Tampa, Florida on March 26, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record

3